**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

**ANA FARIA ET AL**

**VS**                                    **CA 19-CV-427**

**OTORO, LLC
CITIZENS BANK, N.A.**


Plaintiff, by their attorney, moves this Court for an extension of time

to serve the summons and complaint on Defendants, Otoro, LLC and

Citizens Bank,   in this matter.  The summons  have been requested and the

deadline for serving the summons has not expired.  This motion is filed to

comply with the service rules. Plaintiff requests an additional extension of

time to December 2, 2019 to serve these Defendants.


                              **ANA FARIA
                              PHILIPE FARIA
                              MARTA FARIA
                              CATARINA TRAVASSOS**

November 6, 2019              By their Attorney


                              /s/ John B. Ennis
                              JOHN B. ENNIS, ESQ. #2135
                              1200 Reservoir Avenue
                              Cranston, Rhode Island 02920
                              (401) 943-9230
                              Jbelaw75@gmail.com


1