# EXHIBIT C



**SHECHTMAN HALPERIN SAVAGE, LLP**

*Attorneys At Law*
*A Limited Liability Partnership*

February 26, 2018

Marta Faria
120 Lena Street
East Providence, RI 02914      9414 8149 0113 5940 7483 32

RE: Apolonia M. Morais
120 Lena Street, East Providence, RI

Dear Madam or Sir:

Enclosed is a copy of a mortgagee's notice of foreclosure sale, which indicates that the above-referenced property is to be sold at a foreclosure sale to be held at the time and place set forth therein. This notice will appear weekly in The Providence Journal beginning on or about April 3, 2018.

This notice is being sent to you because a title report indicates that you have an interest in the above-referenced property.

If you have any questions, please do not hesitate to contact this office.

Very truly yours,

Maggie Pitts-Dilley, Esq.

Enclosure
Certified Mail/RRR
and Regular Mail

**1080 Main Street**
**Pawtucket, Rhode Island 02860**
*p* 401.272.1400  *f* 401.272.1403
www.shslawfirm.com

## **NOTICE OF MORTGAGEE'S SALE**

120 Lena Street
East Providence, Rhode Island

    The premises described in the mortgage will be sold, subject to all encumbrances, prior liens and such matters which may constitute valid liens or encumbrances after sale, at public auction on April 24, 2018 at 12:00 PM, on the premises by virtue of the power of sale in said mortgage made by Apolonia M. Morais, dated April 13, 2004, and recorded in the East Providence, RI Land Evidence Records in Book 2338 at Page 079, the conditions of said mortgage having been broken. $5,000.00 in cash, certified or bank check required to bid. Other terms to be announced at the sale.

                                                     SHECHTMAN HALPERIN SAVAGE, LLP
                                                     1080 Main Street
                                                     Pawtucket, Rhode Island
                                                     Attorney for the present
                                                     Holder of the Mortgage