UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Ana Faria, Philipe Faria, Marta Faria, Catarina Travasso as successors in interest and heirs at law of Apolonia Morais Marta Faria in her capacity as administratrix of the Estate of Apolonia Morais<br><br>Plaintiffs<br><br>v.<br><br>Citizens Bank, N.A, Citizens Bank, N.A. d/b/a Citizens One Home Loans Otoro, LLC<br><br>Defendants | Case No.: 1:19-cv-00427-MSM-LDA |

**MOTION TO DISMISS AMENDED COMPLAINT**

NOW COMES the Defendants, Citizens Bank, N.A. and Citizens Bank, N.A. d/b/a Citizens One Home Loans ("Citizens"), in the above-captioned matter and moves to dismiss Plaintiffs' Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure on the ground that the Amended Complaint fails to state a claim upon which relief can be granted.

Pursuant to an Order of the Court, Plaintiffs were directed to file a Motion to amend their Complaint. In derogation of the Court Order, Plaintiffs filed an Amended Complaint without filing a motion to amend. As a matter of course, Plaintiffs' Amended Complaint should be

1

stricken for failure to comply with the Court's Order.  In addition, the Amended Complaint was

not served upon Citizens in accordance with Rule 4 of the Federal Rules of Civil Procedure.

Notwithstanding, Citizens renews its motion to dismiss as the Amended Complaint fails to

state a claim upon which relief at law may be granted in addition to other procedural defects.

WHEREFORE, Citizens prays that Plaintiffs' Amended Complaint be denied and

dismissed together with such other and further relief as this Honorable Court deems meet and

just.

Respectfully Submitted

/s/  *Michael R. Hagopian*

Date: December 28, 2020      Michael R. Hagopian, Esq (3448)
Brock & Scott, PLLC
1080 Main Street, Suite 200
Pawtucket, Rhode Island 02860
(401) 217-8701 x2453
michael.hagopian@brockandscott.com

## CERTIFICATE OF SERVICE

I hereby certify that, on the __28th__ day of __December__, 2020 I filed and served this
document through the electronic filing system and electronically served John Ennis.  The
document electronically filed and served is available for viewing and/or downloading from the
Court's ECF Filing System.

/s/  *Michael R. Hagopian*

Michael R. Hagopian

2