Case Number: 6CA-2019-04335
Filed in 6th Division District Court
Submitted: 4/2/2019 10:29 AM
Envelope: 1999941
Reviewer: Jacklyn Barraza

| | |
|---|---|
| **STATE OF RHODE ISLAND** <br> **PROVIDENCE, SC** | **DISTRICT COURT** <br> **SIXTH DIVISION** |
| **OTORO, LLC** | |
| **V** | **CA No.** |
| **JOSE FARIA, MARTA FARIA,** <br> **individually and MARTA FARIA** <br> **as Administratrix of the Estate** <br> **of Apolonia Morais** | |

## COMPLAINT FOR EVICTION FOR REASON
## OTHER THAN NON PAYMENT OF RENT

1. Plaintiff, Otoro, LLC, owns the premises at 120 Lena Street, East Providence, RI 02914 (hereinafter, "the premises") pursuant to a Foreclosure Deed (Ex. A).

    a. The former owner, Apolonia Movias, passed away on June 10, 2014. However her spouse and daughter still unlawfully remain in possession of the premises after the foreclosure sale.

2. Defendant, Jose Faria, unlawfully remains in possession of the premises as a tenant at sufferance. He remains in possession of the premises without the permission or consent of, or by agreement with, the Plaintiff.

3. Defendant, Marta Faria, unlawfully remains in possession of the premises as a tenant at sufferance. She remains in possession of the premises without the permission or consent of, or by agreement with, the Plaintiff.

4. Defendant, Marta Faria, as Administratrix of the Estate of Apolonia Morais, unlawfully remains in possession of the premises as a tenant at sufferance. The Estate remains in possession of the premises without the permission or consent of, or by agreement with, the Plaintiff.

5. Defendants have been provided notice to vacate the premises pursuant to General Laws § 34-18.1-2 (Ex. B) (Ex. C) (Ex. D).

6. Defendants have failed to vacate the premises.

7. Plaintiff demands possession of the premises.

Case Number: 6CA-2019-04335
Filed in 6th Division District Court
Submitted: 4/2/2019 10:29 AM
Envelope: 1999941
Reviewer: Jacklyn Barraza

Case 1:19-cv-00427-MSM-LDA   Document 33-2   Filed 05/03/21   Page 2 of 2 PageID #: 613

8. Plaintiff further demands payment of the fair market value of the Defendants' use and occupancy of the premises for the period they were tenants at sufferance.

WHEREFORE Plaintiff hereby demands Judgment for possession and the fair market value of the premises for the time period Defendants used and occupied the premises as tenants at sufferance, and costs.

_____/s/ James Moretti
James Moretti (#5092)
Resnick & Caffrey
Attorneys for Plaintiff
300 Centerville Road, #300W
Warwick, RI 02886
Phone: (401) 738-4500
Facsimile: (401) 738-5892
jmoretti@resnickandcaffrey.com