# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**Ana Faria et al**

        Plaintiff

v.                                  Case No. **1:19-CV-427**

**Citizens Bank, N.A. et al**

        Defendant

## NOTICE OF APPEAL

Notice is hereby given that **Ana Faria, Phillippe Faria, Marta Faria Individually and as Administratrix of the Estate of Apolonia Morais, Catarina Faria** (Name) the **Plaintiffs** (Party type) in the above-referenced matter, hereby appeals to the United States Court of Appeals for the First Circuit from the **Order Granting Motion to Dismiss Counts I and II** (Final judgment or description of order) entered in this action on **October 28, 2021** (Date of entry).

Respectfully submitted,

| | |
|---|---|
| **John B. Ennis** | **/s/ John B. Ennis** |
| Name | Signature |
| **2135** | **11/29/2021** |
| Bar Number | Date |
| **John B. Ennis, Esq.** | **(401)943-9230** |
| Firm/Agency | Telephone Number |
| **1200 Reservoir Avenue** | **(401) 679-0035** |
| Address | Fax Number |
| **Cranston RI 02920** | **jbelaw75@gmail.com** |
| City, State, Zip Code | E-mail Address |