UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ANA FARIA, PHILIPE FARIA, MARTA FARIA, and CATARINA TRAVASSOS, as successors in interest and heirs at law of APOLONIA MORAIS,<br>    Plaintiffs,<br>vs.<br><br>CITIZENS BANK, N.A., CITIZENS BANK, N.A., d/b/a CITIZENS ONE HOME LOANS, and OTORO, LLC<br>    Defendants. | C.A. No.: 2019-427-MSM-LDA |

## DEFENDANT OTORO, LLC'S ITEMIZED
## ACCOUNTING OF THE USE AND OCCUPANCY FEES

In response to this Court's January 18, 2022 Text Order, below is Defendant Otoro, LLC ("Otoro")'s itemized accounting of the use and occupancy fees due since this Court's order of August 20, 2021.

| Month | Taxes | Water/Sewer | Mortgage | Insurance | Total |
|---|---|---|---|---|---|
| August 2021* | $157.08 | $22.11 | $499.51 | $33.22 | $711.90 |
| September 2021 | $442.90 | $95.17 | $1,408.00 | $93.71 | $2,039.78 |
| October 2021 | $442.90 | $78.88 | $1,408.00 | $93.71 | $2,023.49 |
| November 2021 | $442.90 | $78.88 | $1,408.00 | $93.71 | $2,023.49 |
| December 2021 | $442.90 | $92.17 | $1,408.00 | $93.71 | $2,036.78 |
| January 2022 | $442.90 | $62.59 | $1,408.00 | $93.71 | $2,007.20 |
| **Total** | $2,371.58 | $432.80 | $7,539.51 | $501.77 | **$10,845.66** |

*Prorated for August 21 – 31, 2021

Copies of the relevant invoices and statements are available.

Respectfully submitted,
OTORO, LLC
By its attorneys.

*s/ James G. Atchison*
James G. Atchison, Esq. (#7682)
DarrowEverett LLP
One Turks Head Place, 12th Floor
Providence, RI  02903
(401) 453-1200
jatchison@darroweverett.com

## CERTIFICATE OF SERVICE

     I hereby certify that on January 25, 2022, I have caused the within document to be filed with the Court via the ECF document filing system and it is available for viewing and downloading from the ECF system. As such, this document will be electronically sent to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ James G. Atchison*