UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ANA FARIA ET AL

    VS                              CA 19-CV-427

OTORO, LLC
CITIZENS BANK, N.A.

**OBJECTION TO MOTION TO ADJUSGE IN CONTEMPT**

    Plaintiffs, by their attorney, object to the Motion to Adjudge in Contempt for the reasons stated in the attached Memorandum of Law.

                                                      ANA FARIA
                                                      PHILIPE FARIA
                                                      MARTA FARIA
                                                      CATARINA TRAVASSOS

April 4, 2022                                  By their Attorney

                                                      /s/ John B. Ennis
                                                      JOHN B. ENNIS, ESQ. #2135
                                                      1200 Reservoir Avenue
                                                      Cranston, Rhode Island 02920
                                                      (401) 943-9230
                                                      Jbelaw75@gmail.com

## CERTIFICATION OF SERVICE

I certify that a copy of this Objection was served by efiling on April 4, 2022

/s/ John B. Ennis